UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:                                                   Bankr. Case No. 11-80303-CRA-13

NELSON HILLMON                                  Chapter 13
      Debtor(s)

## REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                          AmeriCredit Financial Services, Inc.
                          PO Box 183853
                          Arlington, TX  76096

                          AmeriCredit Financial Services, Inc.

                         By  /s/  James Hogan, Jr._____

                          James Hogan, Jr.
                          PO Box 183853
                          Arlington, TX  76096
                          877-203-5538
                          877-259-6417
                          Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 1, 2011 :

| | |
|---|---|
| JOHN T. ORCUTT<br>6616-203 SIX FORKS RD.<br>RALEIGH, NC  27615 | RICHARD M. HUTSON, II<br>302 EAST PETTIGREW ST.,<br>SUITE B-140<br>P. O. BOX 3613<br>DURHAM, NC 27702 |

By /s/ James Hogan, Jr.
    James Hogan, Jr.

xxxxx03920 / 598152